■ HEARST CORPORATION, as Successor in Interest to HEARST CONSOLIDATED PUBLICATIONS, INC., Respondent-Appellant, v HERTZ CORPORATION, Appellant-Respondent. HEARST CORPORATION, as Successor in Interest to HEARST CONSOLIDATED PUBLICATIONS, INC., Respondent-Appellant, v HERTZ CORPORATION, Respondent-Appellant. HARTFORD ACCIDENT AND INDEMNITY COMPANY et al., Appellants-Respondents, v JOHANNA MYKULAK, Defendant. —Order, Supreme Court, New York County, entered July 27, 1977, denying motion and cross motion for summary judgment, unanimously affirmed, without costs or disbursements. We affirm the result reached although we do not necessarily accept the statement by the I. C. Part Justice of the issues

of fact involved. Concur—Silverman, J. P., Fein, Markewich, and Sandler, JJ.